**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON ALARCON CASTANEDA,<br>Petitioner,<br>v.<br>J. ENGLEMAN,<br>Respondent. | No. CV 25-9521-MEMF(E)<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: September 29, 2026

MAAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE